UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SORRELL HOMES, INC.,

                Plaintiff,

v.

DOUGLASS R. STILES CO. LLC and
DOUGLASS R. STILES,

                Defendants.

Civil Action
No. 04-10260-WGY

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF (1) PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND (2) PLAINTIFF'S EX PARTE MOTION FOR APPROVAL OF MEMORANDUM OF LIS PENDENS**

Plaintiff Sorrell Homes, Inc. ("Sorrell Homes") hereby withdraws without prejudice (1) its Motion for Preliminary Injunction, and (2) its Ex Parte Motion for Approval of Memorandum of Lis Pendens, both of which were filed with the Court on Friday, February 6, 2004. It is the understanding of Sorrell Homes, based on discussions with the docket clerk, that it will be permitted to re-file the two motions next week after service of process has been effected on the defendants.

                SORRELL HOMES, INC.

                By its attorneys,

                Joseph F. Hardcastle (BBO #559479)
                Cintra S. Shober (BBO #560120)
                HARDCASTLE & SHOBER
                14 Tremont Street
                Boston, Massachusetts 02111
                (617) 423-9990

Dated: February 9, 2004