## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**SORRELL HOMES**

                **Plaintiff**                    **CIVIL ACTION**

        **V.**                             **NO. <u>04-10260-WGY</u>**

**STILES, ET AL**

                **Defendant**

## <u>NOTICE OF DEFAULT</u>

**Upon application of the Plaintiff, <u>SORRELL HOMES</u> for an order of Default for failure of the Defendant, <u>DOUGLAS STILES , ET AL </u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u> 18</u> day of <u>JANUARY</u>, <u>2005</u>.**

                                             **TONY ANASTAS, CLERK**

                                             **/s/ Elizabeth Smith**

                          **By:**        _____

                                             **Deputy Clerk**

**Notice mailed to:**
**Scott Hardcastle**
**Robert Carpenter**

**(default.not - 10/96)**                                                              **[ntcdflt.]**