UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SORRELL HOMES, INC., | |
| Plaintiff, | Civil Action No. 04-CV10260 WGY |
| v. | |
| DOUGLASS R. STILES CO. LLC AND DOUGLASS R. STILES, | |
| Defendants. | |

**FORM OF DEFAULT JUDGMENT**

Defendants Douglass R. Stiles Co. LLC and Douglass R. Stiles having failed to plead or otherwise defend in this action and their default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that (i) by copying without authorization design drawings in which plaintiff owns valid copyrights, and by constructing a New England Gambrel style house located at 4 Ridgeway Road, Wellesley, Massachusetts (the "Infringing House") based on the copyrighted design drawings, defendants have engaged in acts of copyright infringement within the meaning of 17 U.S.C. § 501; (ii) plaintiff is entitled pursuant to 17 U.S.C. § 502 to injunctive relief enjoining further acts of infringement; (ii) defendants are not infants or incompetent persons or in the military service; and (iii) plaintiff has incurred costs in the sum of $150.00:

It is hereby ORDERED, ADJUDGED AND DECREED that:

1. Defendants be permanently enjoined from selling, leasing, renting, conveying, or using in any way the Infringing House unless and until authorized in writing by plaintiff to do so;

2. Plaintiff may record a copy of this Judgment with the appropriate registry of deeds to provide notice of this Judgment to any person in a position to acquire an interest in the Infringing House;

2

3. Defendants are ordered to deliver to plaintiff all copies in their possession of design drawings that constitute copies of drawings prepared by plaintiff; and

4. Plaintiff shall recover from defendants its costs in the amount of $150.00.

By the Court,

_____
Deputy Clerk