Exhibit A

# Sorrell Homes, Inc.
RESIDENTIAL DESIGN & DEVELOPMENT

3 WINDING RIVER CIRCLE
WELLESLEY, MA 02181
(617) 237-4554

February 24, 1998

Mr. Doug Stiles. Asst. Clerk
Longfellow Construction Corp.
56 Draper Road
Wayland, MA 01778

Dear Mr. Stiles:

This letter is intended to document our understanding relative to your use of the house design for the home located at Lot #16f, Hewins Farm Subdivision, Wellesley, MA. We will allow you to use this plan on a one-time basis for the construction of a home at 71 Claypit Hill Road, Wayland, MA. In order to facilitate your use of the plans, Sorrell Homes, Inc. will update all drawings so that the title block indicates the correct new address and current date. Since Sorrell Homes, Inc. does not have a licensed architect or structural engineer on its staff, these plans must be reviewed and approved by a licensed structural engineer prior to any use. This may be any qualified engineer of your choosing, but Sorrell Homes will require a copy of the stamped plans prior to your initiating construction.

As compensation for your use of these plans, Sorrell Homes will charge you a Design Use Fee of $1000.00 plus any out-of-pocket expenses incurred by Sorrell Homes in connection with delivery of the plans to you. Any additional design or consulting services provided by Sorrell Homes will be billed to you at our normal hourly rates.

This Design Use Fee is for your own one-time use of the plans at 71 Claypit Hill Road, Wayland, MA. Sorrell Homes shall retain sole ownership of the plans including all copyrights and all other rights in the plans, and any additional use of these plans will not be permitted unless specifically agreed to in writing by Sorrell Homes, Inc.

The sole responsibility of Sorrell Homes, Inc. shall be to deliver the plans to you as outlined above, and Sorrell Homes, Inc. makes no other representation nor warranty whatsoever regarding the plans and their suitability for use, including, without limitation, their conformity to the current Massachusetts Building Code. Sorrell Homes, Inc. shall not be liable for consequential damages or any other type of damages, relating to the use of the plans by you or by any other party.

If this is an accurate statement of our understanding, please sign and return a copy of this letter along with your check for the Design Use Fee.

Sincerely yours,

Tim Sorrell

TAS/ts

Agreed:

_____ Asst Clerk
Doug Stiles                Date 2-24-98