Rec'd 12-21-01
Builders 12-24-01
Townsman - 12-26-01

**APPROVED**
DEC 3 1 2001
WELLESLEY BUILDING DEPT

# TOWN OF WELLESLEY
# BUILDING DEPARTMENT
## Application for Building Permit

Please Use Ink                                        Date  12-21-01

Exhibit B

Application for Building Permit is hereby made in accordance with the following specifications:

1. Type of Permit: New ✓  Addition___  Alteration___  Repairs___  Tool House___  Tent___  Demolition___
   Relocate___  Temp. Trailer___  Swimming Pool___  Other ___

2. Location of Property - Street and Number  2 RIDGEWAY RD, WELLESLEY MA 02481

3. Name and address of property owner  DOUGLASS R. STILES Co. LLC
   (a) If new owner, date title recorded ___

4. Use Group of Building  RESIDENCE            If dwelling, how many families?  1

5. Will Use Group be changed?  NO    List changes ___

6. Name and address of Architect  DOUGLASS R. STILES  66 DRAPER RD., WAYLAND MA 01778   CONTACT: SEAN STEWART  TEL 617 426.3770

7. Name and address of Builder  DOUGLASS R. STILES  "  TEL 508-922-0323  "

8. Mass. Const. Supr. Lic. No.  MASS ARCHITECT # 67031

9. Home Improvement Contractor Reg. No.  N/A

10. Workers' Compensation Insurance Affidavit must be submitted

SIGNED, STAMPED, AND DATED REGISTERED LAND SURVEYORS PLOT PLAN TO BE DRAWN IN INK
ON REVERSE SIDE OF APPLICATION, IF APPLICABLE

11. Area of lot  25,900  s/f    Percentage/Proposed lot coverage  14.3  %

12. Proposed foundation dimensions  Front  45.8  Rear  24.9  l/side  64.2  r/side  64.2

13. Proposed Sq. Footage, new construction  3,312 S.F. FOUNDATION  5300 TOTAL SQ FOOTAGE LIVING AREA
    DECK 451 SQ.FT   6100 " " " WITH GARAGE (3 CAR ATTACHED)

14. Foundation: Poured ✓   Block ___   Other ___

15. Type of Frame:  WOOD

16. Type of Heat:  AIR

17. Insulation: R-Value - Walls  R-13   Floor  R-30   Ceiling Assembly  R-30

18. Height of building, or addition  UNDER 34'

19. Sewage Disposal System  (Municipal) or Private ___

20. Water Supply  (Municipal) or Private ___

21. Est'd Construction Cost, including Plbg & Wiring  530,000

DETAILED DESCRIPTION OF PROPOSED CONSTRUCTION - SCOPE OF WORK

NEW HOUSE TO BE CONSTRUCTED ON LOT 1 AT 2 RIDGEWAY RD. HOUSE INCLUDES:  DECK 20 x 25 SQ.FT.
5 BEDROOMS (OPTIONAL 6TH ON 3RD FLOOR)
4 FULL BATHS, 2 HALF BATHS
1 DECK

Percentage proposed lot coverage ___14.3___ %

12. Proposed foundation dimensions   Front __45.8__   Rear __24.9__   l/side __64.2__   r/side __64.2__

13. Proposed Sq. Footage, new construction __~~2729~~ 3,312 S.F. FOUNDATION (5300) TOTAL SQ FOOTAGE LIVING AREA__
    DECK 451 SQ.FT     (6100)    "    "    "    WITH GARAGE
    (3 CAR ATTACHED)

14. Foundation:   Poured __✓__   Block _____   Other _____

15. Type of Frame: __WOOD__

16. Type of Heat: __AIR__

17. Insulation: R-Value - Walls __R-13__   Floor __R-30__   Ceiling Assembly __R-30__

18. Height of building, or addition __UNDER 34'__

19. Sewage Disposal System   (Municipal) or Private _____

20. Water Supply   (Municipal) or Private _____

21. Est'd Construction Cost, including Plbg & Wiring __530,000__

DETAILED DESCRIPTION OF PROPOSED CONSTRUCTION - SCOPE OF WORK

NEW HOUSE TO BE CONSTRUCTED ON LOT 1 AT 2 RIDGEWAY RD. HOUSE INCLUDES: DECK 20 x 25 SQ FT

5 BEDROOMS (OPTIONAL 6TH ON 3rd FLOOR)

4 FULL BATHS, 2 HALF BATHS

1 DECK

3 CAR ATTACHED GARAGE

LIVING, DINING, FAMILY ROOMS, KITCHEN, STUDY, EXTRA "STUDY" OFF MASTER BEDROOM OVER GARAGE.

UNFINISHED BASEMENT

3 FIREPLACE OPENINGS

Fee __3,710.__
Other __CO 30__        DEC 2 1
Advertising __30__
TOTAL FEES __3,760.__

Signature of owner or agent _____ (owner)
MGR  Douglass R. Stiles Co., LLC
66 Draper Rd
Address
Wayland MA 01778
Phone

*** Building Permit issued pursuant to Massachusetts State Building Code Requirements **