33694

St. RIDGE WAY RD  XXXX
NOW #4 RIDGEWAY ROAD PER BOARD OF
***11-1-02***                           SELECTMEN!!
                                                                Date JAN 2, 2002

Owner... DOUGLASS R. STILES CO., LLC ...... Address .. 66 DRAPER RD., WAYLAND, MA
                                                       508-922-0323/617-426-3770
Type of Building ...... SINGLE FAMILY ............... Dimensions 45.5 x 24.9 x 64.2 x 64.2 14.3%
Description BLD. NEW DWELLING: 5 BDRMS/4 FULA re BATHS/  25,900 6,100 SQ.FT.   L.C.
            2 HALF BTHS/DECK/3CAR ATTATCHEDGARAGE/OPTIONAL 6TH BDRM ON 3RD FLOOR
Builder .. DOUGLASS R. STILES; MA. ARCHITECT Add#7031 66 DRAPER RD., WAYLAND, MA
Architect.. DOUGLASS R. STILES ................. Address ........
                                                    ROUGH           FINAL
Estimated Cost $.... 530,000   Plumbing 35894... Insp. .........  ........... HEIGTH CERT:

EXCAV:                         Gas ..... 35894... Insp. .........  ...........

                               Wiring .... 36410.. Insp. .........  ........... SMOKE LETTER:
ASBUILT:
                               Construction ........ Insp. .........  ...........

                               Insulation .......... Insp. .........  ...........

Fee Paid $  3,760              Certificate of Occupancy .............................

Exhibit C