# Sorrell Homes, Inc.

Residential Design & Development

3 Winding River Circle
Wellesley, MA 02482
781-237-4554
www.sorrellhomes.com

By: Certified Mail, Item # 7002 2030 0003 0646 5796
Return Receipt Requested

January 17, 2003

Mr. Douglass R. Stiles
66 Draper Road
Wayland, MA 01778

Dear Mr. Stiles:

I have recently become aware of a home under construction at 4 Ridgeway Road, Wellesley, MA, which is a direct copy of a home designed by our firm, except for a few, insignificant details. The plans for the Ridgeway home on file at the Wellesley building department confirm this conclusion. The building permit application on file at the Wellesley building department states that you are the architect responsible for the plans, and includes your architect's license number. The permit application also states that you are the builder. As you know, Sorrell Homes had sold you the right to build this design of house exactly once, at 71 Claypit Hill Road, Wayland. The construction at 4 Ridgeway Road is a direct violation of the terms of our prior written agreement regarding these plans and an infringement of Sorrell Homes' copyright of this architectural work.

Sorrell Homes copyrighted this home design in 1993. All subsequent releases and revisions of this design have also been copyrighted by Sorrell Homes. Homes of this design have been constructed by others at several sites here in Massachusetts, always under agreements that permitted just one use of the design. Sorrell Homes has, without exception, always retained all copyright interests, ownership interests, and all other rights in this design and the plans for this home.

Because you have represented yourself to be the architect of these plans, and also have clearly violated our agreement regarding use of these plans, we have sought legal counsel and are prepared to take the appropriate legal and professional actions against you and your firm. I am contacting you directly in the belief that you may want to resolve this matter without such actions becoming necessary. If you wish to reconfirm Sorrell Homes is the author of this design and holds all copyright and other interests in these plans and this design, I will be available to meet with you at our office at a mutually convenient time to present ample evidence to support our position. Among other things, I would expect you to return or destroy all unauthorized copies of the plans and to sign a letter acknowledging the proprietary rights of Sorrell Homes, Inc. in the plans and the design. However, if we are unable to resolve this dispute in a satisfactory manner, then I reserve the right to seek any remedies that the law provides.

Sincerely yours,

Timothy A Sorrell, Sr.
President

# Sorrell Homes, Inc.

Residential Design & Development

3 Winding River Circle
Wellesley, MA 02482
781-237-4554
www.sorrellhomes.com

January 17, 2003

By: Certified Mail, Item # 7002 2030 0003 0646 5789
Return Receipt Requested

Mr. Sean T. Stewart
Sean T. Stewart Architects, Inc.
368 Congress St., Fourth Floor
Boston, MA 02210

Dear Mr. Stewart:

I have recently become aware of a home under construction at 4 Ridgeway Road, Wellesley, MA, which is a direct copy of a home designed by our firm, except for a few, insignificant details. The plans for the Ridgeway home on file at the Wellesley building department confirm this conclusion. These plans state that you are the architect responsible for the plans. This representation is a direct infringement of my firm's rights and interests in the architectural work depicted on those plans.

Sorrell Homes copyrighted this design of home in 1993. All subsequent releases and revisions of this design have also been copyrighted by Sorrell Homes. Homes of this design have been constructed by others at several sites here in Massachusetts, always under agreements that permitted just one use. Sorrell Homes has, without exception, always retained all copyright interests, ownership interests, and all other rights in this design and the plans for this home.

Because you have placed your name and your copyright notice on these plans, we have sought legal counsel and are prepared to take the appropriate legal and professional actions against you and your firm. I am contacting you directly in the belief that you may want to resolve this matter without such actions becoming necessary. If you wish to confirm Sorrell Homes is the author of this design and holds all copyright and other interests in these plans and this design, I will be available to meet with you at our office at a mutually convenient time to present ample evidence to support our position. Among other things, I would expect you to return or destroy all unauthorized copies of the plans and to sign a letter acknowledging the proprietary rights of Sorrell Homes, Inc. in the plans and the design. However, if we are unable to resolve this dispute in a satisfactory manner, then I reserve the right to seek any remedies that the law provides.

Sincerely yours,

Timothy A. Sorrell, Sr.
President