# SEAN T STEWART AIA ▪ architects

29 January 2003

S        Exhibit E

Timothy A Sorrell, Sr.
Sorrell Homes, Inc.
3 Winding River Circle
Wellesley, MA 02482

Dear Mr. Sorrell,

I received your recent letter and would like to offer my sincere apologies for the confusion surrounding the house Douglass Stiles is constructing at 2 Ridgeway Road in Wellesley Massachusetts.

I have been providing architectural services to Mr. Stiles sporadically since 1994 and, sadly, none of the projects I have assisted him with have gone as expected. As such, I suppose your letter should not surprise me.

In late 2001 Mr. Stiles requested that I modify a design he had constructed in Wayland Massachusetts and produce a set of building permit drawings for the modified design. The drawings used on that Wayland project were produced by your office.

Prior to agreeing to assist him on the Ridgeway Road project, I asked Mr. Stiles if he had permission to reuse the drawings and he clearly stated that he did. Since, Mr. Stiles is a registered architect I was comfortable that he understood the question, and his rights to use and or reuse the drawings, and I relied on his representation. In fact, the letter of agreement Mr. Stiles signed for the Ridgeway Road project states that he was responsible for securing permission from you to use the drawings and that he authorized me to use the drawings.

If Mr. Stiles' had not given me his assurance that he was within his rights to use your drawings to draw and construct a modified version of your earlier design, I would not have agreed to assist him with the project and would not have proceeded to produce the new cadd plans and elevations that I did.

I apologize for the misunderstanding and now see that I was mislead by Mr. Stiles' assurances. I will gladly return any drawings related to your project in my possession and promise not to issue the drawings I produced again. Further, if Mr. Stile's requests my assistance in any future matters related to the Ridgeway Road project I will not assist him.

At this time I do not know the actual status of the Ridgeway Road project. I do know that construction is not complete and that I have had no involvement in the project since early 2002.

Shortly after construction of the Ridgeway Road project began that I concluded that I would not assist Mr. Stiles with any projects in the future and now feel no regrets for that decision. Not surprisingly, Mr. Stiles did not complete paying for my services on

the project and no longer returns my calls. As of January 2002, I ceased most of the operations of Sean T. Stewart Architects, Inc. and took a position elsewhere.

Once again, I apologize for the misunderstanding and now truly regret getting involved in the Ridgeway Road project. I pride myself on my honest and ethical conduct and hope that we can resolve this situation amicably.

I thank you for your consideration and await your reply.

Sincerely,

Sean T. Stewart AIA