**2 RIDGEWAY WELLESLEY**  SINGLE FAMILY

| | | | |
|---|---|---|---|
| List Price: | $2,595,000 | Area: | |
| List Date: | 06/20/02 | Sale Price: | $0 |
| Exp Date: | 06/02/03 | Sold Date: | |
| MLS#: | 30618991 | Status: | CAN |
| DOM: | 165 | Off Mkt Date: | 12/02/02 |

### Property Features

| | | | |
|---|---|---|---|
| Rooms: | 13 | Style: | COLN |
| Bedrooms: | 6 | Type: | SF |
| Full Bath: | 4 | Acres: | 0.53 |
| Half Bath: | 1 | Lot Size: | 23,360 |
| Master Bath: | YES | GLA: | 5600 |
| Fireplace: | 4 | Fnd Size: | 0 |
| Year Blt: | 2002 | Color: | |

### Room Descriptions

| | |
|---|---|
| Living Room: | 1 |
| Dining Room: | 1 |
| Family: | 1 |
| Kitchen: | 1 |
| Master BR: | 2 |
| Bedrm 2: | 2 |
| Bedrm 3: | 2 |
| Bedrm 4: | 2 |
| Bedrm 5: | 3 |
| Bath 1: | 2 FBTH |
| Bath 2: | 1 HBTH |
| Bath 3: | 2 FBTH |
| Laundry: | 1 |
| Other Room: | 3 |
| | 3 FBTH |
| | 2 FBTH |
| | 1 |

### Features

| | |
|---|---|
| Garage: | 3 ATTD, GDOP |
| Waterfront: | NO |
| Basement: | YES |
| Exterior: | CLAP |
| Heat: | GAS |
| Cooling: | CAIR |
| Hot Water: | NGAS |
| Electricity: | 200+ |
| Appliances: | WOVN, DWSH, DISP, CTRG |
| Interior: | |
| Exterior Feat: | |
| Construction: | FRAM |
| Roof: | ASFH |
| Road: | |
| Amenities: | TRAN, SHOP, GOLF, MDCL |
| Sewer/Water: | CWTR, CSEW |

**Remarks:** HOUSE IS UP. OCTOBER DELIVERY. SMASHING GRAND GAMBREL COLONIAL ON FABULOUS LOT ON WESTON LINE. 4 FP'S,3C GAR & GREAT ATTN TO DETAIL. PICTURE THIS TERRIFIC NEW HOME OF OVER 5600 SQ FT. 6 BEDROOMS,4 FULL BATHS. CALL FOR SPECS.

### Tax Information

| | |
|---|---|
| Assessment: | $0 |
| Taxes: | $0 |
| Tax Year: | 2002 |
| Book/Page: | 0/0 |
| Certificate: | |
| Zoning: | RES |
| Map: | |
| Block: | |
| Lot: | |

### Listing Information

| | |
|---|---|
| Directions: | |
| Show Instr: | CALL AGT, ACCY |
| Office: | HAMMOND RESIDENTIAL |
| Office Ph: | 781-235-5115 |
| Agent: | LUISA FULTON |
| Agent Ph: | 781-446-7819 |
| Sale Office: | |
| Sale Agent: | |
| Exclusions: | |
| Disclosures: | SELLER CAN MAKE CHANGES UP TO SIGNED P&S |
| Firm Rmk: | |

Original List Price: $2,850,000
SAC: 2.5
OAC:   BAC: 2.5
Phone:
Phone:
EO: N

*** The information in this listing was gathered from third party sources ***
including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information.

Copyright 2002© MLS Property Information Network, Inc. All rights reserved.

Exhibit H