**4 RIDGEWAY ROAD**
**WELLESLEY**

**SINGLE FAMILY**

List Price: $2,295,000  Area:
List Date: 10/14/03  Sale Price: $0
Exp Date:  Sold Date:
MLS#: 30779887  Status: NEW
DOM: 2  Off Mkt Date:

| | | | |
|---|---|---|---|
| Rooms: | 13 | Style: | COLN, GAMB |
| Bedrooms: | 6 | Type: | SF |
| Full Bath: | 4 | Acres: | 0.59 |
| Half Bath: | 1 | Lot Size: | 25,900 |
| Master Bath: | | GLA: | 5500 |
| Fireplace: | 4 | Fnd Size: | 0 |
| Year Blt: | 2003 | Color: | YELLOW |

Photo Not Available

| | | | |
|---|---|---|---|
| Living Room: | 1 | Garage: | 3 ATTD, GDOP |
| Dining Room: | 1 | Waterfront: | NO |
| Family: | 1 | Basement: | YES |
| Kitchen: | 1 | Exterior: | CLAP |
| Master BR: | 2 | Heat: | FRAR, GAS |
| Bedrm 2: | 2 | Cooling: | CAIR |
| Bedrm 3: | 2 | Hot Water: | NGAS |
| Bedrm 4: | 2 | Electricity: | |
| Bedrm 5: | 3 | Appliances: | WOVN, DWSH, DISP, MCWV, * |
| Bath 1: | 2 FBTH | Interior: | SECS, CATV |
| Bath 2: | 1 HBTH | Exterior Feat: | DECK, LNDS |
| Bath 3: | 2 FBTH | Construction: | FRAM |
| Laundry: | 1 | Roof: | ASFH |
| Other Room: | | Road: | |
| | 3 | Amenities: | TRAN, SHOP |
| | 3 FBTH | Sewer/Water: | CWTR, CSEW |
| | 2 FBTH | | |
| | 1 | | |

Remarks: BEAUTIFUL CLASSICALLY DSGND GAMBREL COL ON WESTON/WELL LINE. QUICK COMMUTE TO TOWN. THIS HOME BOASTS 4FP,6BR, INCREDIBLE ATTENTION TO DETAIL. QUICK COMPLETION POSSIBLE. OVER 5500SF OF LIV.SP. THIS NEW CONST.HOME OFFERS IT ALL! CALL FOR SPECS

| | | | | |
|---|---|---|---|---|
| Assessment: | $0 | Directions: | GLEN RD., CORNER OF RIDGEWAY RD. | |
| Taxes: | $0 | Show Instr: | CALL AGT | |
| Tax Year: | 2003 | Office: | HAMMOND RESIDENTIAL | |
| Book/Page: | 0/0 | Office Ph: | 781-235-5115 | Original List Price: $2,295,000 |
| Certificate: | | Agent: | LUISA FULTON | SAC: 2.5 |
| Zoning: | RES | Agent Ph: | 781-446-7819  OAC: | BAC: 2.5 |
| Map: | | Sale Office: | Phone: | |
| Block: | | Sale Agent: | Phone: | |
| Lot: | | Exclusions: | | |
| | | Disclosures: | CHNGS MADE TO SLRS PLS UP TO SIGNED P&S | |
| | | Firm Rmk: | EO: N | |
| | | Team Member: | | |
| | | Alert Comments: | | |

*** The information in this listing was gathered from third party sources ***
Including the seller and public records. MLS Property Information Network and its subscribers disclaim any and all representations or warranties as to the accuracy of this information.

Copyright 2002© MLS Property Information Network, Inc. All rights reserved.

Exhibit I