# SEYFARTH SHAW LLP
ATTORNEYS

Writer's direct phone
617-946-4994

Writer's e-mail
rcarpenter@seyfarth.com

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801
www.seyfarth.com

April 26, 2004

**VIA FACSIMILE (617) 423-0671**

Joseph F. Hardcastle, Esq.
Hardcastle & Shober
141 Tremont Street
Boston, MA 02111

Re: *Sorrell Homes, Inc. v. Douglass R. Stiles Co. LLC. and Douglass R. Stiles,* U.S. District Court for the District of Massachusetts, Civil Case No. 04-10260 (WGY)

Dear Joe:

You have requested that I confirm to you in writing the representation that I made to you some weeks ago concerning 4 Ridgeway Road, Wellesley ("Property").

Without prejudice to our defense of the plaintiff's complaint, I have represented to you that the Seller will not convey title, nor will the Seller accept an offer to purchase the Property without first providing you adequate notice to seek relief from the court.

Under separate cover I am returning to you the Waivers of Service.

Very truly yours,

SEYFARTH SHAW LLP

*Rob Carpenter*

Robert B. Carpenter

BO1 15639981.1