**Joe Hardcastle**

| | |
|---|---|
| **From:** | Carpenter, Robert [rcarpenter@seyfarth.com] |
| **Sent:** | Wednesday, November 03, 2004 2:17 PM |
| **To:** | Joe Hardcastle |
| **Cc:** | Brooks, Peter |
| **Subject:** | Stiles |

Joe, we have disengaged ourselves from representing Stiles in this case. Since we filed no appearance, we need not concern ourselves with any official disengagement. The papers are on their way back to Stiles by FedEx and we have passed along the message from the Clerk about a responsive pleading. Rob

Robert B. Carpenter
Seyfarth Shaw
World Trade Center East
Two Seaport Lane
Boston, MA   02210
Direct PH:   617-946-4994
Direct Fax:  617-790-6700

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.