Source: **My Sources** > **People, Business & Asset Locators** > **ALLFND Combined Person Locator Files**
Terms: **4 ridgeway rd and wellesley**  (Edit Search | Suggest Terms for My Search)

↵Select for FOCUS™ or Delivery
☐

Exhibit A

*SMIRL, JON D*

**THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY**

PERSON LOCATOR - PSRCH2

**Name:** SMIRL, JON D

**Social Security Number:** 494-52-XXXX

**Address:**
 **4 RIDGEWAY RD**
 **WELLESLEY**, MA 02481
 Address Created: 4/2005


**Previous Addresses:**
 7 PATRICK DR
 NORTHBOROUGH, MA 01532
 Address Created: 6/2002

 44 LIBERTY ST
 NEWBURYPORT, MA 01950
 Address Created: 1/1999

 8215 NE 115TH PL
 KIRKLAND, WA 98034
 Address Created: 4/1998

 300 S POINTE DR APT 1705
 MIAMI BEACH, FL 33139
 Address Created: 2/1998


Source: **My Sources** > **People, Business & Asset Locators** > **ALLFND Combined Person Locator Files**
 Terms: **4 ridgeway rd and wellesley**  (Edit Search | Suggest Terms for My Search)
 View: Full
Date/Time: Tuesday, December 20, 2005 - 10:54 AM EST

  About LexisNexis | Terms & Conditions
 Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.