# Washington Mutual

June 28, 2006                                                         LB749

Douglass R Stiles
66 Draper Rd
Wayland, MA 01778-1725

<u>WE ARE A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.</u>

<u>WE HAVE TOLD A CREDIT BUREAU ABOUT A LATE PAYMENT, MISSED PAYMENT OR OTHER DEFAULT ON YOUR ACCOUNT. THIS INFORMATION MAY BE REFLECTED IN YOUR CREDIT REPORT.</u>

<u>IF YOU ARE IN BANKRUPTCY OR YOU HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.</u>

Notice of Incomplete Application

RE: Loan Number: 0683616791

Dear Douglass R Stiles :

Thank you for your continued interest in our Loss Mitigation Program. We acknowledge receipt of your financial package requesting consideration of a loan workout. A preliminary review of the documents you submitted indicates that supplemental information is needed. To avoid delays, please fax the requested documentation to us at (904) 886-1329 or mail it to Washington Mutual Bank, 7255 Baymeadows Way, Jacksonville, FL 32256 within ten (10) business days from the date of this letter, or two (2) business days prior to the foreclosure sale date, whichever comes sooner. Documents not received prior to two (2) business days before the foreclosure sale date will not be processed.

*[handwritten: enclosed]* —PLEASE PROVIDE A COPY OF YOUR OWNER/RENTER LEASE AGREEMENT.
*[handwritten: enclosed]* —PLEASE PROVIDE PROOF OF RENTAL INCOME.
*[handwritten: 4 today]* —PROVIDE THE PREVIOUS 2 YEAR S TAX RETURNS AND ATTACHMENTS. *[handwritten: —05 sent already]*
*[handwritten: N/A]* —LISTING AGREEMENT, SALES/PURCH. AGREEMENTS AND PROCEEDS SHEET.
*[handwritten: already sent]* —AUTHORIZATION TO RELEASE INFORMATION TO THIRD PARTIES OF YOUR CHOICE.

LA-LB749-008-ORS.4544.051606