Jon Smirl
4 Ridgeway Rd
Wellesley, MA 02481
617-549-9128

Doug,

I would like to express our strong interest in purchasing your house at 4 Ridgeway. We are prepared to pay up to a maximum of $1.9M but please do not consider this a formal offer. As you know this house has a great number of legal contingencies surrounding it. We would like to work with you to achieve a sale but our formal offer will depend on finding a timely and effective solution to resolving these contingencies.

While we desire to pursue working out a purchase with you, I do need to point out that market conditions in Wellesley are changing and other attractively priced homes are becoming available. If this house were available at auction or via a simple transaction we would immediately offer on it.

Sincerely,

Jon Smirl
June 5, 2006