UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SORRELL HOMES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOUGLASS R. STILES CO. LLC, AND )<br>DOUGLASS R. STILES, )<br>)<br>Defendants. )<br>) | Civil Action<br>No. 04-CV10260 WGY |

## DEFENDANTS' LOCAL RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Peter S. Brooks, Counsel for the Defendants in the above-captioned action, hereby certify that on August 3, 2006, this office and Plaintiff's Counsel, Joseph F. Hardcastle, conferred by telephone concerning Defendant's Motion to Vacate or Modify Judgment. During this telephone conference, we unsuccessfully attempted in good faith to resolve or narrow the issues raised by the Defendant's Motion.

DOUGLAS R. STILES,

By his attorneys,

  /s/ Peter S. Brooks
Peter S. Brooks (BBO No. 058980)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
(617) 946-4800
pbrooks@seyfarth.com

DATED: August 3, 2006

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 3, 2006.