# SEYFARTH SHAW LLP
ATTORNEYS

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028

617-946-4800
fax 617-946-4801

www.seyfarth.com

BRUSSELS
WASHINGTON, D.C.
SAN FRANCISCO
SACRAMENTO
NEW YORK
LOS ANGELES
HOUSTON
CHICAGO
BOSTON
ATLANTA

Writer's direct phone
617-946-4991

Writer's e-mail
pbrooks@seyfarth.com

October 30, 2006

**VIA FACSIMILE
(617) 248-2241**

Joseph F. Hardcastle
Hardcastle & Shober
50 Congress Street
Boston, MA 02109

Dear Mr. Hardcastle:

    I have been authorized by Mr. Stiles to offer the sum of $1,000 for a license to use the plans. This is the amount to which your client agreed for Mr. Stiles' first use of the plans.

                                    Very truly yours,

                                    Peter S. Brooks (Kmg)

PSB/kmg

BO1 15809726.1 / 35137-000001