# HARDCASTLE & SHOBER
## ATTORNEYS AT LAW
50 Congress Street, Boston, MA 02109

JOSEPH F. HARDCASTLE
jfh@hardcastleshober.com
DIRECT DIAL: (617) 248-2244

TELEPHONE: (617) 248-2240
FACSIMILE: (617) 248-2241

November 13, 2006

**BY FACSIMILE**

Peter S. Brooks, Esq.
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

Re:   *Sorrell Homes, Inc. v. Stiles, et al.,*
      *U.S. District Court for the District of Massachusetts, C.A. No. 04-10260 (WGY)*

Dear Mr. Brooks:

Your client's offer of $1,000.00 for a license to use the copyrighted architectural drawings that are the subject of the above-referenced action has been conveyed to my client and rejected. Please note that while we have been interested throughout the litigation of this matter in reaching agreement on a reasonable resolution, and continue to be so interested, we do not view your client's present offer as a sincere effort to resolve the matter. We note that Mr. Stiles made an offer of $25,000.00 (conveyed by e-mail by your partner Rob Carpenter), which was rejected, well **before** the permanent injunction was entered against him in the copyright infringement action.

Sincerely,

Joseph F. Hardcastle