**Joe Hardcastle**

| | |
|---|---|
| From: | Carpenter, Robert [rcarpenter@seyfarth.com] |
| Sent: | Friday, June 18, 2004 7:11 AM |
| To: | Joe Hardcastle |
| Subject: | Stiles |

Joe, I spoke with Doug late yesterday. He is reviewing the numbers and will give me the OK (or not) in a day or so. In the meantime, at your suggestion, we discussed settlement. Doug does not recall offering $30,000 and I have no idea where I got that number, but he does recall a $20,000 offer that was soundly rejected by your client. His current position is that even though they were not custom plans, the fair value is probably around $25,000 and he would pay that now to be done with all of this. Let me know. Rob

Robert B. Carpenter
Seyfarth Shaw
World Trade Center East
Two Seaport Lane
Boston, MA   02210
Direct PH:  617-946-4994
Fax:   617-946-4801

The information contained in this transmission is attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.