# HARDCASTLE & SHOBER
ATTORNEYS AT LAW
50 Congress Street, Boston, MA 02109

JOSEPH F. HARDCASTLE  TELEPHONE: (617) 248-2240
jfh@hardcastleshober.com  FACSIMILE: (617) 248-2241
DIRECT DIAL: (617) 248-2244

December 5, 2006

**FILED VIA ECF SYSTEM**

Elizabeth F. Smith
Courtroom Clerk to the Honorable Judge Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

     Re:    Sorrell Homes, Inc. v. Douglass R. Stiles Co. LLC and Douglass R. Stiles, Civil Action No. 04-CV-10260 (WGY)

Dear Ms. Smith:

    In light of the recently filed motion and associated opposition now pending in this matter, I, counsel for the plaintiff in this action, wish to (i) advise the Court that **I will be out of the country from Wednesday, December 6, 2006 through Monday, December 11, 2006**, and (ii) respectfully request that any hearing on the pending motion not be scheduled for a day that I am away.

    Thank you.

                                 Sincerely,

                                 /s/ Joseph F. Hardcastle

                                 Joseph F. Hardcastle

Certificate of Service

I hereby certify that this document have been filed through the ECF system, which will send notification of such filing to the attorney of record in this matter for defendant Stiles.

                                 /s/ Joseph F. Hardcastle
                                 Joseph F. Hardcastle (BBO #559479)
                                 50 Congress Street, Suite 314
                                 Boston, MA 02109
                                 (617) 248-2240
                                 jfh@hardcastleshober.com