# United States District Court

DISTRICT OF _____

Sorrell Homes v. Stiles

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CA 04-10260-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Yulens | Hardcastle | Brooks |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/16/07 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/16/07 | | | Douglas Stiles |
| | | | 1 | | Photo of house - Ridgway Rd |
| | | | 2 | | letter 2/24/98 |
| | | | 3 | | application for building permit |
| | | A | | | Settlement offer |
| | | | | | Joanne Shabilia |
| | | | 4 | | Plans |
| | | | | | Timothy A Sorrell |
| | | | 5 | | photo of Wellesley Ave house |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.