UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-10260-WGY**

**SORRELL HOMES, INC.**
Plaintiff

v.

**DOUGLASS STILES CO., ET AL**
Defendant

ORDER

**YOUNG, D.J.**

After an evidentiary hearing held Jan. 16, 2007, this Court Orders the following. Upon payment by the defendant, the amount of $27,500, the bank, tenant and any third party are free from injunction and may deal with the property as though a licence fee has been paid. Once the property is sold, the Plaintiff may, if needed, seek further proceedings regarding the profits.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

**January 16, 2007**

**To: All Counsel**