Hardcastle & Shober
50 Congress St
Boston, MA 02109

Jon Smirl
4 Ridgeway Rd
Wellesley, MA 02481
April 17, 2006

1. In or about August 2004, we agreed to sign a lease with Doug Stiles to use the property at 4 Ridgeway Road, Wellesley, Massachusetts. The lease was not signed and did not commence until November 2004 because, as we understood it, Mr. Stiles did not secure an occupancy permit until November 2004.

2. On or about November 15, 2004, we actually entered into a written lease with Doug Stiles for the property at 4 Ridgeway Road, Wellesley, Massachusetts. The stated lease term began on November 15, 2004 and continued through December 15, 2005. The last month of the lease term was provided as an accommodation by Stiles to the Smirls resulting from the delayed occupancy date. The lease included an addendum that gave the Smirls an option to renew the lease for an additional one year period ending on December 15, 2006. The signed version of this lease can't be located at this time.

3. An unsigned version of the lease and addendum described above that is identical in content to the signed version was faxed to you yesterday. I believe the signed copy of the lease is in an unpacked box somewhere in our house; I will continue to look for the signed documents and, if successful, will forward a copy of the signed documents to you.

4. The monthly rent for the leased premises is $6,000.00. The lease was prepaid for the entire lease period. We exercised our right to renew the lease for a second year on December 15, 2005, at which time Doug Stiles agreed to allow us to occupy the premises until January 15, 2007 if we pre-paid the full second year rent ($72,000.00), which we did on November 29, 2005.

5. The written lease as extended permits us to occupy the premises at 4 Ridgeway Road, Wellesley, Massachusetts until January 15, 2007. At this time we do not have a formal agreement with Doug Stiles, written or oral, that permits us to occupy the property after January 15, 2007.

*[signature]*
Jon Smirl