# HARDCASTLE & SHOBER
## ATTORNEYS AT LAW
50 Congress Street, Boston, MA 02109

JOSEPH F. HARDCASTLE
jfh@hardcastleshober.com
DIRECT DIAL: (617) 248-2244

TELEPHONE: (617) 248-2240
FACSIMILE: (617) 248-2241

April 13, 2007

**BY FACSIMILE**

Peter S. Brooks, Esq.
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

  Re: *Sorrell Homes, Inc.* v. *Stiles, et al.,*
    *U.S. District Court for the District of Massachusetts, C.A. No. 04-10260 (WGY)*

Dear Mr. Brooks:

  My client recently was informed that the 4 Ridgeway Road property that is the subject of the above-referenced case appears to be occupied. If that is the case, it seems to us that your client is in violation of the injunction entered in the case.

  As the payment specified in Judge Young's January 16, 2007 Order has not been made, the injunction precluding Mr. Stiles from selling, renting, or otherwise using the infringing house remains in effect. We understand that Jon Smirl had been renting the house pursuant to a lease entered into before the injunction was issued. Mr. Smirl confirmed to us in writing, however, that his right to occupy the property pursuant to the lease arrangement expired on January 15, 2007. We also understand from your prior pleadings that Mr. Stiles wished to sell the house to Mr. Smirl, who was interested in purchasing it for $1,900,000.00. Finally, we also understand that, after a number of postponements, the bank cancelled the planned foreclosure sale of the property.

  Please advise as to the current status of the subject property at your earliest convenience.

                Sincerely,

                Joseph F. Hardcastle

# SEYFARTH SHAW
ATTORNEYS LLP

Writer's direct phone
617-946-4991

Writer's e-mail
pbrooks@seyfarth.com

World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
617-946-4800
fax 617-946-4801
www.seyfarth.com

April 24, 2007

Joseph F. Hardcastle
Hardcastle & Shober
50 Congress Street
Boston, MA 02109

Re: <u>Stiles</u>

Dear Mr. Hardcastle:

I have not been in communication with Mr. Stiles for some time and therefore am unable to advise you as to the status of the property. I have forwarded your letter to him and will let you know if I hear from him.

Very truly yours,

Peter S. Brooks

PSB/mbw

BRUSSELS WASHINGTON D.C. SAN FRANCISCO SACRAMENTO NEW YORK LOS ANGELES HOUSTON CHICAGO BOSTON ATLANTA

BO1 15842892.1 / 35137-000001

# HARDCASTLE & SHOBER
### ATTORNEYS AT LAW
50 Congress Street, Boston, MA 02109

JOSEPH F. HARDCASTLE
jfh@hardcastleshober.com
DIRECT DIAL: (617) 248-2244

TELEPHONE: (617) 248-2240
FACSIMILE: (617) 248-2241

April 25, 2007

**BY FACSIMILE**

Peter S. Brooks, Esq.
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210

    Re: *Sorrell Homes, Inc. v. Stiles, et al.,*
        *U.S. District Court for the District of Massachusetts, C.A. No. 04-10260 (WGY)*

Dear Mr. Brooks:

    I received your letter of April 24, 2007 in response to my letter of April 13, 2007. While I understand that you have not yet been able to connect with your client, this matter is serious and does need to be addressed, hopefully without the need to appear again before Judge Young. We have confirmed that the subject house is occupied, apparently by a family with young children. It therefore seems pretty clear that Mr. Stiles has violated the injunction precluding him from selling, renting, or otherwise using the infringing house.

    I ask that you contact me no later than Friday May 4, 2007 to try to resolve this matter. Otherwise, we feel we have no alternative but to serve a contempt motion. If you and Mr. Stiles do not want to try to resolve the matter to avoid further court proceedings, pursuant to Local Rule 7.1, I ask that you contact me in any event to confer as required by the rule in connection with the anticipated motion.

    I look forward to hearing from you.

Sincerely,

Joseph F. Hardcastle