UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: **04-10260-WGY**

**SORRELL HOMES INC.**
Plaintiff

v.

**DOUGLASS R. STILES CO. LLC AND
DOUGLASS R. STILES**
Defendant

ORDER TO SHOW CAUSE

**YOUNG, D.J.**

    The defendants are ordered to appear at the US District Court, Courtroom #18, 5th floor on June 6, 2007 at 2PM and show cause why they should not be held in contempt for violating the permanent injunction issued by this court.

By the Court,

/s/ Elizabeth Smith
_____
**Deputy Clerk**

May 15, 2007

**To: All Counsel**