**CONNOLLY LAW OFFICES, LLC**
545 Salem Street
Wakefield, Massachusetts 01880-1227
jconnolly@wakefieldlaw.com

JOHN CONNOLLY, JR.*
KEVIN P. GEANEY
(*ALSO ADMITTED IN MAINE)

TELEPHONE
(781) 557-2000
FAX
(781) 246-4114

March 30, 2007

Mr. Jon Smirl
Mrs. Deidre Smirl
4 Ridgeway Road
Wellesley, MA

**RE: NOTICE OF TERMINATION OF TENANCY**

Dear Mr. and Mrs. Smirl:

Please be advised the this office serves as legal counsel to Mr. Douglass Stiles individually and as Trustee of Hilton Realty Trust the owner of the single residence home and the land upon which it is located which you occupy at 4 Ridgeway Road, Wellesley, Massachusetts. It being the intention of Mr. Stiles to terminate your tenancy as to the said residence, you are hereby notified, pursuant to the provisions of Massachusetts General Laws Chapter 186, Section 12 to quit, vacate and deliver up the said residence and the land upon which the residence is located, that has been and is now occupied by you as tenants, no later than midnight on April 30, 2007.

Please be advised that any sums accepted from you henceforth shall be for use and occupancy of said premises only and shall not be accepted as rent and shall not re-establish any tenancy.

If you fail to vacate pursuant to this notice, I shall take due process of law to evict you.

Yours truly,
Douglass Stiles
Individually and as Trustee
By his attorney,

John Connolly, Jr.

By First Class Mail
And hand delivery
Cc: Attorney Judith R. Pike by facsimile