UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10260-WGY

|  |  |
|---|---|
| SORRELL HOMES, INC., | ) |
| Plaintiffs | ) |
|  | ) |
| v. | ) |
|  | ) |
| DOUGLASS R. STILES CO., LLC | ) |
| AND DOUGLASS R. STILES, | ) |
| Defendants | ) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendants, Douglass R. Stiles Co., LLC and Douglass R. Stiles, in the above-captioned action.

Respectfully submitted,

John Connolly, Jr.
BBO No. 094900
CONNOLLY LAW OFFICES, LLC
545 Salem Street
Wakefield, MA 01880
(781) 557-2000

Date:    June 1, 2007

## **CERTIFICATE OF SERVICE**

I, John Connolly, Jr., hereby certify that I have served the foregoing by facsimile on June 5, 2007 upon the following:

Joseph F. Hardcastle, Esq.
50 Congress Street
Boston, MA 02109

John Connolly, Jr.